IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00265-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL EUGENE SIMPSON,

    Defendant.

## ORDER

    This matter is before the Court on the documents entitled "Judicial Notice and Proclamation," "Legal Notice," and "Writ of Discovery" [Docket Nos. 127, 128, and 129] filed by defendant on April 1, 2015.  When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant.  *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005).  In this case, the defendant is represented by counsel.  As a result, defendant's filings are improper.  Therefore, it is

    **ORDERED** that Docket Nos. 127, 128, and 129 are STRICKEN.

    DATED April 2, 2015.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge