IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00265-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL EUGENE SIMPSON,

     Defendant.

_____

## ORDER
_____

This matter comes before the Court on Appellate Counsel's Unopposed Motion to be Appointed as Counsel for Mr. Simpson for Resentencing [Docket No. 271].

On October 23, 2015, Lynn C. Hartfield was appointed under the Criminal Justice Act to represent Mr. Simpson in his appeal to the Tenth Circuit Court of Appeals (No. 15-1295). Docket No. 231. On January 10, 2017, the Tenth Circuit issued an order reversing in part and affirming in part the judgment in this case. Docket No. 264. The mandate issued on March 14, 2017. Docket No. 267. On March 15, 2017, the government moved to dismiss the reversed counts and asked to schedule a resentencing hearing as to the counts that were not reversed. The Court granted the motion on March 16, 2017. Docket No. 269. The dismissed counts will result in a reduction in Mr. Simpson's advisory guideline range for the remaining counts.

Mr. Simpson represented himself at his original sentencing hearing. He does not wish to represent himself at his resentencing hearing. *See* Declaration of Michael

Simpson.  Docket No. 271-1.  Mr. Simpson would like Ms. Hartfield to represent him.

*Id.*  Ms. Hartfield, however, is not a member of the district court CJA panel.  The District

of Colorado's Criminal Justice Act Panel Plan permits special appointments of a

specific attorney who is not a member of the CJA Panel for purposes of "justice, judicial

economy, continuity of representation, or some other compelling circumstance."

Criminal Justice Act Panel Plan § VII.D.  Because of appellate counsel's greater

familiarity with the legal and factual issues in the case, judicial economy and continuity

of representation constitute exceptional circumstances that make the appointment of

Ms. Hartfield appropriate.  Wherefore, it is

ORDERED that Appellate Counsel's Unopposed Motion to be Appointed as

Counsel for Mr. Simpson for Resentencing [Docket No. 271] is granted.  Lynn C.

Hartfield shall be appointed under the Criminal Justice Act as counsel for defendant

Michael Eugene Simpson for resentencing.


DATED March 21, 2017.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge